UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKY TORRESS,<br><br>                  Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                  Defendants. | 23-CV-1961 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 6, 2023
           New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge